UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHANDRA JO RICH** and **DAVID EUGENE RICH**,

    Plaintiffs,

v.

                          Case No. 3:24cv385-TKW-HTC

**UNITED STATES OF AMERICA**, et al.,

    Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because it was filed after the statute of limitations expired. Accordingly, it is **ORDERED** that:

    1.    The Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED with prejudice** because it was filed after the statute of limitations expired.

3.     The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 4th day of February, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**